UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GREIF BROS. CORP. OF OHIO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CAUSE NO. 3:03-CV-614 RM |
| | ) |
| AMERICAN CONTAINERS, INC., | ) |
| | ) |
| Defendant | ) |

ORDER

Pursuant to the notice of voluntary dismissal filed by the parties, this case is DISMISSED without prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to enforce the terms and conditions of the settlement agreement entered into between the parties.

SO ORDERED.

ENTERED:   April 22, 2005

/s/ Robert L. Miller, Jr.
Robert L. Miller Jr., Chief Judge
United States District Court

cc:   W. Oldach, III/R. Palmer
      D. Irmscher/A. Butler
      G. Gallagher/D. Pruitt